COMMONWEALTH of Pennsylvania, Respondent

v.

Cory J. WILLIS, Petitioner

No. 94 MAL 2017

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**